

```
USDS SDN:
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Regina Lewis
1202 Barclay Manor
Newburgh, NY 12550
(845) 562-1903

October 17, 2011

Judge Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Lewis v. Newburgh Housing Authority et al 7:2011cv03194

Dear Judge Kenneth M. Karas,

   There is a conflict of interest between the Legal Services of the Hudson Valley and Attorney Laura Kasper-Buckareff and myself. Sometime last year I was contacted by Attorney Laura Kasper-Buckareff who informed me that with my permission the Legal Services of the Hudson Valley would like to file a suit against the Newburgh Housing Authority and Marc Sterling. Attorney Laura Kasper-Buckareff emphasized that I had rights and they were clearly violated and it was wrong. Attorney Laura Kasper-Buckareff in a meeting with another attorney emphasized that what Marc had done to me was wrong and that I was entitled to the voucher and money according to the law. On or around the beginning of the week in October, I was contacted by Attorney Laura Kasper-Buckareff informed me that she had a very positive meeting in court and seemed very enthusiastic about meeting with me on Wednesday October 12, 2011. During the meeting she never mentioned the meeting and instead she in the presence of two other attorneys insisted that I settle the case without going to trial because the Newburgh Housing Authority and County were bankrupted and I would lose if I did go to trial. She also made repeated references to my other cases I have pending in the same court being dismissed, emphasizing how the people in this county are treated by the US District Court for the Southern District of New York, (i.e.) <u>Black,</u> which gives credence to my claims that the US District Court for the Southern District of New York judges are prejudice and gives credence to my claims of the Court merely using my cases to create bad case law, to hurt me and others, (i.e.) <u>African Americans.</u> Attorney Laura Kasper-Buckareff also emphasized that the crux of the case was hinged upon whether or not I made a request for an extension prior to October 2rd, 2010 I believe. When I refused to settle I was instructed that if we go to court I will lose and besides the housing authority is bankrupted and any money judgment I should win would take a long time to receive. I instructed counsel that I couldn't determine if I had made a prior request for an extension of my voucher because I didn't have my documents in front of me. I did agree to bring them on Thursday October 13, 2011 for review. I also made a call on speaker to a friend Wilhelmina Lamb asking for her support in affidavit as a character witness that she was familiar with my ongoing battles with the Newburgh Housing Authority and that she could attest that I have made numerous requests for numerous reasons regarding housing and my voucher around that time. I was unable to keep my appointment due to becoming ill and general fatigue and depression and decided to heck with the documents I will precede without them. On Friday October 14, 2011 I received a call from Attorney Laura Kasper-Buckareff who conducted our

conversation on speaker in the presence of at least two other attorneys who I did recognize. I was instructed that she had drafted a letter that I should receive a copy of and she would read me the contents over the phone. The contents of the letter were clearly lies that Attorney Laura Kasper-Buckareff wanted me to admit to regarding requests for an extension of my voucher. I was instructed to admit and agree via phone to the statements that she typed up, which any statement should be drafted by the person making the statement.   When I refused to lie on myself Attorney Laura Kasper-Buckareff became enraged and threatening. I had already concluded that the documents didn't even matter because a familiar pattern was emerging where I am exploited and then slandered to justify someone else's prejudice and ill will of me. Attorney Laura Kasper-Buckareff again agreed that on Monday the 17, 2011 that I would find a way to bring the documents in for review. I am an excellent record keeper and this is how I am able to file prima facie cases over and over again and I made it clear that a review of my documents not a letter could determine if I made any request for extensions of my voucher at any time not just the date they stipulated. It was then insisted again by Jamie Samerell that I take the voucher, the other attorney female insisted as well.  Attorney Laura Kasper-Buckareff in the background repeatedly called me a liar as I tried to converse with the other attorneys and explain that no matter what I said in anger I never committed fraud and based on my history they are lucky I didn't curse them all out. Attorney Laura Kasper-Buckareff continued to degrade me by assonating my character and now Ms. Lamb too and threaten me by saying she was going to notify the court, the defendant, and counsel for the defendant that they were withdrawing from my case specifically instructing them that I was intending to commit fraud. How can you determine what a person is going to do without them actually doing it or having a history of such prior conduct to rely on? How could she accuse me of doing something that I didn't do? I had already decided to proceed without the documents that in all reality she may very well already have. I did make several trips to her office and on numerous occasions allowing her to copy my documents. She made it clear that even if I had proof that I made the request in writing she has decided to suppress it. I also contacted Ms. Lamb again by phone this time two-way, and Attorney Laura Kasper-Buckareff attempted to engage in a line of questioning of Ms. Lamb attempting to force Ms. Lamb to admit and agree to committing fraud as well diminishing her credibility. Attorney Laura Kasper-Buckareff had already previously agreed to use Ms. Lamb as a character witness regarding my emotional damage claims. It appears that the pro se department in the US District Court for the Southern District of New York is not pro se it is Pro Attorney. I believe that Attorney Laura Kasper-Buckareff should be removed as representation. I do believe that the Legal Services of the Hudson Valley and the defendants counsel have already settled my case without my consent behind my back, when Attorney Laura Kasper-Buckareff appeared in court on my behalf without my knowledge. I believe that the Legal Services of the Hudson Valley and Legal Aid Attorney Laura Kasper-Buckareff has received the $10.000 she requested in a cross motion for settlement. I also believe that because the defendants counsel is upstairs from the Legal Services of the Hudson Valley that they have become friends and in conspiracy are attempting to deprive me of punitive and compensatory damages. I do believe that I was used by the Legal Services of the Hudson Valley and Attorney Laura Kasper-Buckareff so she could make a quick $10.000 for herself. This is why we need more African Americans to preside in high places because white people hear and interpret things different (i.e.) <u>prejudice</u> that leads to us (i.e.) <u>African Americans</u> being exploited and punished for not backing down as part of some sick fetish of white people and spineless African Americans in cahoots. This is why I go into a rage and this is what the court and others who exploit me use to justify dismissing my

cases. This provocation is willful conduct and pre meditated. We don't need <u>Uncle Toms</u> we need real African Americans in droves and not just tokens to handle our business when discrimination arises against us. How can white men/women be expected to turn against his own race to protect an African American with prejudice permeating the entire judicial system and world and how can a high paid token (i.e.) African American (i.e.) the <u>House Negro protect</u> his/her own race. This is a bias prejudice system that capitalizes off of us (i.e.). <u>African Americans.</u> This is an ongoing issue with all cases relating to me in the federal court for the Southern District of New York, everyone gets paid except me and after 5 years my cases are dismissed while racist and cowardly advocates and special interest groups look the other way. This is also why I can never get legal representation because the court intimidates prospective counsel or legal guardians. The conspiracy is that everyone uses reverse psychology to say that something is wrong with me and I cannot conduct myself. How can I when I am provoked and when you so called prestigious people can't control your childish fetish to injure and humiliate African Americans with your tired ass sloppy system. The court has used my 2002 case to set precedence in how to treat me and other African Americans who are victimized and file suit in US District Court for the Southern District of New York. This is why my disability must be accommodated and my cases should be resolved quickly to avoid this habitual fraud that is committed against me in the US District Court for the Southern District of New York. Based on the egregious comets made by Attorney Laura Kasper-Buckareff in the presence of my witness Ms. Lamb I take it that Attorney Laura Kasper-Buckareff is implying that I am not disabled and I should remember everything from last year including if I made a request for an extension. I told her that with being evicted twice, mourning the death of my friend Pierre Smith, who may have contracted AIDS after being raped in the NYS Prison System, who was murdered by NYS Corrections Officers to cover up and to save the State of NY money from being sued and advocating for all 78 and counting young black and Hispanic inner-city youth picked up by the feds how could I, even if I wasn't disabled. My interpretation of her comets are that she is now insisting that I wasn't and am not disabled and that would mean that she committed fraud and perjury when she filed a civil action under the Americans with Disabilities Act based on my learning disabilities, memory loss and lack of concentration along with countless other medical conditions including neurological. It is my belief that I have been used by the Legal Services of the Hudson Valley and Attorney Laura Kasper-Buckareff to secure $10.000 and she has deceived the court and committed fraud and perjury not once, but twice and the other attorneys have guilty knowledge as well. I request the courts intervention at this time because this is ineffective counsel and I demand settlement. I fear that the actions of the Legal Services of the Hudson Valley and Attorney Laura Kasper-Buckareff are an attempt to impact my life far beyond this case and my other cases as well and this chain of events solidifies my fear of all white people and few African Americans in authority or licensed professionals. It was Attorney Laura Kasper-Buckareff and the other attorneys who insisted that should I produce a document dated for that specific time frame that it would be suppressed because as long as the Newburgh Housing Authority said they didn't have it's only hear say. Based on this I am going to re file my Nissan case with new evidence and suppressing all documents that the defendants produce because I never received them prior to leaving the dealership with the car and the banks disclosure during discovery clearly indicates this prima facie fact and proves that I needed representation because I would have known to suppress those irrelevant documents based on the hear say rule. But I didn't because I am indigent and not an attorney and am disabled. It's a good thing I am African because if I wasn't all of this would have killed me or turned into a pill popping zombie.

*[signature: Regina Lewis]*

Yours truly,

CC:
Legal Services of the Hudson Valley
1 Corwin Court Suite 102
Newburgh, NY 12550

US Attorney Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

NAACP
4805 Mt. Hope Drive
Baltimore MD 21215

New York State Bar Association
1 Elk Street
Albany, NY 12207

Magistrate Judge George A. Yanthis
300 Quarropas Street
White Plains, NY 10601

*[handwritten note:]* The Clerk of the Court is respectfully requested to docket this letter.

So Ordered —

*[signature]*
11/10/11